# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

| | | |
|---|---|---|
| **Debtor:** | RAYMOND T. & DONNA L. BARKER | FILED |
| **Case Number:** | 14-22139-CMB    Chapter: 13 | 10/11/18 4:07 pm |
| **Date / Time / Room:** | THURSDAY, OCTOBER 11, 2018 09:00 AM   3251 US STEEL | CLERK |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE | U.S. BANKRUPTCY COURT - WDPA |

*Matter:*

#88 Amended Plan Dated 8/20/2018 (FC)
R / M #: 88 / 0

*Appearances:*

Debtor: White
Trustee: Winnecour / Pail / Katz / DeSimone
Creditor:

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ___✓___ Plan/Motion continued to  12/6/18  at  11:00 AM .
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Debtor Counsel to file fee App in next 30 days. Debtor to take over LTCD 11/18