IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                  Bankruptcy No.14-22139-CMB

Raymond T. Barker
Donna L. Barker,           Chapter 13

       Debtors

                Re: Document No.92, 94

ORDER OF COURT

AND NOW, this 18th day of October, 2018,

IT IS HEREBY ORDERED that a Status Conference on Response of U.S. Bank National Association, not in its individual capacity but solely as trustee for NRZ Pass-Through Trust VIII (Claim No.6) filed at Document No.94 to Interim Notice of Cure of Arrears filed at Document No.92 will be held on <u>November 29, 2018 at 11:00 AM</u> Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh Pennsylvania.

BY THE COURT:

*Carlota M. Böhm*    kmt
Carlota M. Böhm
Chief U. S. Bankruptcy Judge

FILED
10/18/18 10:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Raymond T. Barker  
Donna L. Barker  
    Debtors

Case No. 14-22139-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: kthe     Page 1 of 1     Date Rcvd: Oct 18, 2018  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2018.  
db/jdb     +Raymond T. Barker,   Donna L. Barker,   675 Flatwoods Road,   Vanderbilt, PA 15486-1217

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2018 at the address(es) listed below:

     Daniel R. White    on behalf of Joint Debtor Donna L. Barker dwhite@zeblaw.com, gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com  
     Daniel R. White    on behalf of Debtor Raymond T. Barker dwhite@zeblaw.com, gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com  
     James Warmbrodt    on behalf of Creditor    Nationstar Mortgage as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for NRZ Pass-Through Trust VIII bkgroup@kmllawgroup.com  
     James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as trustee for NRZ Pass-Through Trust VIII bkgroup@kmllawgroup.com  
     James A. Prostko    on behalf of Creditor    Nationstar Mortgage LLC pawb@fedphe.com, james.prostko@phelanhallinan.com  
     Joseph P. Schalk    on behalf of Creditor    Nationstar Mortgage LLC jschalk@barley.com, sromig@barley.com  
     Mario J. Hanyon    on behalf of Creditor    Nationstar Mortgage LLC pawb@fedphe.com  
     Mary L. Thibadeau    on behalf of Creditor    Nationstar Mortgage LLC mary.thibadeau@klgates.com, klgatesbankruptcy@klgates.com  
     Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
     Rebecca Solarz    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as trustee for NRZ Pass-Through Trust VIII bkgroup@kmllawgroup.com  
     Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                    TOTAL: 11