# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Raymond T. Barker<br>Donna L. Barker<br>　　　　　　Debtor<br><br>U.S. Bank National Association, not in its individual capacity but solely as trustee for NRZ Pass-Through Trust VIII<br>　　　　　　Movant | Case No. 14-22139-CMB<br><br>Chapter 13<br><br>Related to Claim 92, 94, 95 , 97 |

## ORDER OF COURT

AND NOW, this __24th__ day of __October__, 2018 it is ORDERED that the Motion filed herein is granted, and the Response to the Trustee's Interim Notice of Cure of Arrears filed on October 12, 2018 at Document No. 94 is hereby withdrawn, and the status conference scheduled for November 29, 2018 at 11:00 a.m. is cancelled.

BY THE COURT,

_____ J.

FILED
10/24/18 9:24 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Raymond T. Barker
Donna L. Barker
     Debtors

Case No. 14-22139-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: kthe     Page 1 of 1     Date Rcvd: Oct 24, 2018
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2018.
db/jdb         +Raymond T. Barker,    Donna L. Barker,    675 Flatwoods Road,    Vanderbilt, PA 15486-1217

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2018                                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2018 at the address(es) listed below:
          Daniel R. White    on behalf of Joint Debtor Donna L. Barker dwhite@zeblaw.com,
           gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
          Daniel R. White    on behalf of Debtor Raymond T. Barker dwhite@zeblaw.com,
           gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
          James Warmbrodt    on behalf of Creditor    Nationstar Mortgage as servicer for U.S. Bank National
           Association, not in its individual capacity but solely as trustee for NRZ Pass-Through Trust
           VIII bkgroup@kmllawgroup.com
          James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, not in its individual
           capacity but solely as trustee for NRZ Pass-Through Trust VIII bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Creditor    Nationstar Mortgage LLC pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          Joseph P. Schalk    on behalf of Creditor    Nationstar Mortgage LLC jschalk@barley.com,
           sromig@barley.com
          Mario J. Hanyon    on behalf of Creditor    Nationstar Mortgage LLC pawb@fedphe.com
          Mary L. Thibadeau    on behalf of Creditor    Nationstar Mortgage LLC mary.thibadeau@klgates.com,
           klgatesbankruptcy@klgates.com
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
          Rebecca Solarz    on behalf of Creditor    U.S. Bank National Association, not in its individual
           capacity but solely as trustee for NRZ Pass-Through Trust VIII bkgroup@kmllawgroup.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                        TOTAL: 11