IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 14-22139 CMB |
| | : | |
| Raymond T. Barker and Donna L. Barker, | : | Chapter 13 |
| | : | |
| Debtors. | : | Document No. |
| | : | |
| Daniel R. White and Zebley, Mehalov & White, | : | Hearing Date and Time: March 13, 2019, at 10:00 a.m. |
| | : | |
| Applicants, | : | Responses due: March 4, 2019 |
| | : | |
| vs. | : | |
| | : | |
| No Respondents. | : | |

CERTIFICATION OF NO OBJECTION OF APPLICATION OF DANIEL R. WHITE AND ZEBLEY MEHALOV & WHITE FOR FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR DEBTORS

      The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application of Daniel R. White for Final Compensation and Reimbursement of Expenses as Counsel for Debtors filed on February 14, 2019, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading appears thereon. Pursuant to the Notice of Hearing, objections were to be filed and served no later than March 4, 2019.

      It is hereby respectfully requested that the Order attached to the Application of Daniel R. White for Interim/Final Compensation and Reimbursement of Expenses as Counsel for Debtors be entered by the Court.

Dated: March 11, 2019

ZEBLEY MEHALOV & WHITE, P.C.
By:

/s/ Daniel R. White
PA ID: 78718
Zebley Mehalov & White
18 Mill Street Square
Uniontown, PA 15401
724-439-9200
dwhite@zeblaw.com