## PROCEEDING MEMO

**Date: 03/13/2019 11:00 am**

**In re: Raymond T. Barker**
**Donna L. Barker**

**Bankruptcy No. 14-22139-CMB**
**Chapter: 13**
**Doc. # 105**

**Appearances:**

**Movant(s): James Warmbrodt**

**Respondents:  Daniel R. White;  Winnecour/  Paill  Katz/  DeSimone**

**Creditor(s):**

**Nature of Proceeding: # 105 Motion for Relief from the Automatic Stay v. U.S. Bank National Association**

**Additional Pleadings: #110 Response by US Bank, N.A., not in its individual capacity but solely as Trustee for NRZ Pass-Through Trust VIII**

**Judge's Notes:**

Motion withdrawn.

**Outcome:**

| | |
|---|---|
| _____ | Motion is GRANTED _____ Order entered |
| _____ | Motion is DENIED _____ Order entered |
| X | Motion WITHDRAWN |
| _____ | Motion is DISMISSED        Order entered |
| _____ | Reschedule for Proper Service |
| _____ | Case DISMISSED        Order entered |
| _____ | Parties to submit Order/Settlement/Stipulation by _____ days |
| _____ | CONTINUED MATTER:    _____ for at least _____ days (Court to Issue Order) |
| _____ | to hearing date of _____ |
| _____ | ISSUE EVIDENTIARY HEARING NOTICE |
| _____ | Discovery time needed _____ days |
| _____ | Briefs to be filed:    Movant(s) brief due _____ days |
| | Respondent(s) brief due _____ days |
| | Trustee's brief due _____ days |

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
3/13/19 5:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA