IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 14-22139 CMB |
| | : | |
| Raymond T. Barker and Donna L. Barker, | : | Chapter 13 |
| | : | |
| Debtors. | : | Related to: Document No. 108 |
| | : | |
| Daniel R. White and Zebley, Mehalov & White, | : | **ENTERED BY DEFAULT** |
| | : | |
| Applicants, | : | |
| | : | |
| vs. | : | |
| | : | |
| No Respondents. | : | |

<u>FINAL ORDER FOR FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>

And now, this ___12th___ day of _____March_____ ,2019, the Application of Daniel R. White and Zebley Mehalov & White for final Compensation and Reimbursement of Expenses as Counsel for the Debtors is approved for the total amount of $ 5,148.13 for services rendered on behalf of the Debtors for the period from March 20, 2015,  through December 9, 2018, which represents $4,852.50, in attorney fees and $295.36 in costs.  The full balance of $5,148.13, remains and shall be paid by the Chapter 13 Trustee.

Any fee/cost balance approved by this Order, beyond the amounts approved in prior confirmed plans, shall be paid after and shall not reduce any monies due to creditors under the confirmed plan including the distribution to unsecured creditors up to the plan base. To the extent that funds have been paid by or on behalf of the Debtors beyond the plan base, the Chapter 13 Trustee is authorized to increase the plan base to be used solely to pay the attorney fees and costs approved by this Order.

If the Chapter 13 Trustee does not have sufficient funds to pay the balance in full, Counsel for the Debtors has agreed to be paid from monies already paid by or on behalf of the Debtors to the Trustee and allow the case to be closed without requiring additional payments by the Debtors.  Any amount due to Debtors' Counsel beyond what is distributed by the Trustee, is expressly waived by Debtors' Counsel and will not be collected from Debtors either through the plan or outside of the Bankruptcy Case.

FILED
3/12/19 11:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

By the Court,

_Carlota M. Böhm_    glb

Carlota M. Böhm
Chief United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                        Case No. 14-22139-CMB
Raymond T. Barker                                                             Chapter 13
Donna L. Barker
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr          Page 1 of 1          Date Rcvd: Mar 12, 2019
                              Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 14, 2019.
db/jdb          +Raymond T. Barker,    Donna L. Barker,    675 Flatwoods Road,    Vanderbilt, PA 15486-1217

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2019 at the address(es) listed below:
              Daniel R. White    on behalf of Joint Debtor Donna L. Barker dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Debtor Raymond T. Barker dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage as servicer for U.S. Bank National
               Association, not in its individual capacity but solely as trustee for NRZ Pass-Through Trust
               VIII bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as trustee for NRZ Pass-Through Trust VIII bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Nationstar Mortgage LLC pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Joseph P. Schalk    on behalf of Creditor    Nationstar Mortgage LLC jschalk@barley.com,
               sromig@barley.com
              Mario J. Hanyon    on behalf of Creditor    Nationstar Mortgage LLC pawb@fedphe.com
              Mary L. Thibadeau    on behalf of Creditor    Nationstar Mortgage LLC mary.thibadeau@klgates.com,
               klgatesbankruptcy@klgates.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rebecca  Solarz    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as trustee for NRZ Pass-Through Trust VIII bkgroup@kmllawgroup.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                         TOTAL: 11