**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  RAYMOND T. BARKER<br>DONNA L. BARKER<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>  RAYMOND T. BARKER<br>DONNA L. BARKER<br><br>      Respondents | Case No.14-22139CMB<br><br>Chapter 13<br><br>Related to: Document No. 114 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___14th___ day of __March__, 20_19_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Morgantown Printing & Binding
Attn: Payroll Manager
915 Greenbag Rd
Morgantown, WV 26508

is hereby ordered to immediately terminate the attachment of the wages of RAYMOND T. BARKER, social security number XXX-XX-9562. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of RAYMOND T. BARKER.

~~IT IS FURTHER ORDERED~~

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

BY THE COURT:

*Carlota M. Böhm*   glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
3/14/19 3:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Raymond T. Barker  
Donna L. Barker  
    Debtors

Case No. 14-22139-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: gamr    Page 1 of 1    Date Rcvd: Mar 14, 2019  
    Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2019.  
db    +Raymond T. Barker,  675 Flatwoods Road,  Vanderbilt, PA 15486-1217  
    +Morgantown Printing & Binding,  Attn: Payroll Manager,  915 Greenbag Rd,  
     Morgantown, WV 26508-1504

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2019    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2019 at the address(es) listed below:  
    Daniel R. White   on behalf of Joint Debtor Donna L. Barker dwhite@zeblaw.com, gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com  
    Daniel R. White   on behalf of Debtor Raymond T. Barker dwhite@zeblaw.com, gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com  
    James Warmbrodt   on behalf of Creditor   Nationstar Mortgage as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for NRZ Pass-Through Trust VIII bkgroup@kmllawgroup.com  
    James Warmbrodt   on behalf of Creditor   U.S. Bank National Association, not in its individual capacity but solely as trustee for NRZ Pass-Through Trust VIII bkgroup@kmllawgroup.com  
    James A. Prostko   on behalf of Creditor   Nationstar Mortgage LLC pawb@fedphe.com, james.prostko@phelanhallinan.com  
    Joseph P. Schalk   on behalf of Creditor   Nationstar Mortgage LLC jschalk@barley.com, sromig@barley.com  
    Mario J. Hanyon   on behalf of Creditor   Nationstar Mortgage LLC pawb@fedphe.com  
    Mary L. Thibadeau   on behalf of Creditor   Nationstar Mortgage LLC mary.thibadeau@klgates.com, klgatesbankruptcy@klgates.com  
    Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
    Rebecca Solarz   on behalf of Creditor   U.S. Bank National Association, not in its individual capacity but solely as trustee for NRZ Pass-Through Trust VIII bkgroup@kmllawgroup.com  
    Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
    TOTAL: 11