**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Raymond T. Barker**
**Donna L. Barker**
Debtor(s)

Bankruptcy Case No.: 14−22139−CMB

Chapter: 13
Docket No.: 123 − 122

**ORDER SETTING DATE CERTAIN**
**FOR RESPONSE AND HEARING ON MOTION**

**AND NOW,** this The 26th of March, 2019, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 5/10/19.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **6/5/19 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **5/10/19.**

<u>Carlota M. Bohm</u>
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-22139-CMB
Raymond T. Barker                                                         Chapter 13
Donna L. Barker
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 2              Date Rcvd: Mar 26, 2019
                              Form ID: 408            Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2019.
db/jdb         +Raymond T. Barker,   Donna L. Barker,   675 Flatwoods Road,   Vanderbilt, PA 15486-1217
cr             +US Bank National Association,   Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Ave.suite # 100,   Boca Raton, FL 33487-2853
13861199       +Consumer Portfolio Svc,   Attn:Bankruptcy,   19500 Jamboree Rd,   Irvine, CA 92612-2411
13861200       +Fed Loan Serv,   Po Box 69184,   Harrisburg, PA 17106-9184
13907016        FedLoan Servicing,   P.O. Box 69184,   Harrisburg, PA 17106-9184
13861201       +Fidelity Properties In,   Po Box 2055,   Alliance, OH 44601-0055
13861202       +First Premier Bank,   3820 N Louise Ave,   Sioux Falls, SD 57107-0145
13861203       +Highlands Hospital,   401 E. Murphy Ave.,   Connellsville, PA 15425-2700
13861204       +Karen Ann Ulmer, P.C.,   174 Middletown Blvd.,   Langhorne, PA 19047-3201
13861205        Memorial Sloan-Kettering Cancer Center,   P.O. Box 26352,   New York, NY 10087-6352
13861207      ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,    Attn: Bankruptcy,   350 Highland Dr,
                 Lewisville, TX 75067)
13861209       +Rjm Acq Llc,   575 Underhill Blvd Ste 2,   Syosset, NY 11791-3426
13861210       +Robert S. English Jr., MD,   2160 Springhill Furnace Road,   Smithfield, PA 15478-1428
13861212       +Spartan Financial Svc,   13730 S Point Blvd,   Charlotte, NC 28273-7715
13861214       +Strategic Recovery Gro,   7668 Warren Pkwy Ste 325,   Frisco, TX 75034-4161
13861211       +Uniontown S.D./Franklin Twp.,   c/o Southwest Regional Tax Bureau,   One Centennial Way,
                 Scottdale, PA 15683-1741

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13861196       +E-mail/Text: EBN_Greensburg@Receivemorermp.com Mar 27 2019 03:07:28     Berks Credit & Coll,
                 900 Corporate Dr,   Reading, PA 19605-3340
14403177       +E-mail/Text: bankruptcy@consumerportfolio.com Mar 27 2019 03:06:49
                 CONSUMER PORTFOLIO SERVICES, INC.,   P.O. BOX 57071,   IRVINE, CA. 92619-7071
13861197       +E-mail/Text: bankruptcy@cavps.com Mar 27 2019 03:06:57     Calvary Portfolio Services,
                 Attention: Bankruptcy Department,   500 Summit Lake Dr. Suite 400,   Valhalla, NY 10595-2321
13861198       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 27 2019 03:08:33     Capital 1 Bank,
                 Attn: Bankruptcy Dept.,   Po Box 30285,   Salt Lake City, UT 84130-0285
13863538       +E-mail/Text: bankruptcy@cavps.com Mar 27 2019 03:06:56     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
13861208        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2019 03:07:55
                 Portfolio Recovery,   Attn: Bankruptcy,   Po Box 41067,   Norfolk, VA 23541
13911127        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2019 03:09:24
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
13894957       +E-mail/Text: csidl@sbcglobal.net Mar 27 2019 03:07:00     Premier Bankcard/Charter,
                 P.O. Box 2208,   Vacaville, CA 95696-8208
13907204        E-mail/PDF: cbp@onemainfinancial.com Mar 27 2019 03:07:41     Springleaf Financial,
                 P.O. Box 3251,   Evansville, IN 47731
13861213        E-mail/PDF: cbp@onemainfinancial.com Mar 27 2019 03:08:21     Springleaf Financial S,
                 150 Pittsburgh St,   Uniontown, PA 15401
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Nationstar Mortgage LLC
cr              Nationstar Mortgage as servicer for U.S. Bank Nati
cr              U.S. Bank National Association, not in its individ
13897672*     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,    Attn: Bankruptcy Department,
                 PO Box 630267,   Irving, TX 75063)
13861206      ##+Michael A. Mendicino, O.D.,   Mendicino Eye Care,   Willow Pointe Plaza,
                 800 Plaza Drive, Suite 270,   Belle Vernon, PA 15012-4020
13871912      ##+Rjm Acquisitions Llc,   575 Underhill Blvd, Suite 224,   Syosset, NY 11791-3416
                                                                                   TOTALS: 3, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2                   User: gamr                    Page 2 of 2                   Date Rcvd: Mar 26, 2019
                                       Form ID: 408                  Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2019                                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2019 at the address(es) listed below:
          Daniel R. White    on behalf of Joint Debtor Donna L. Barker dwhite@zeblaw.com,
           gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
          Daniel R. White    on behalf of Debtor Raymond T. Barker dwhite@zeblaw.com,
           gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
          James   Warmbrodt    on behalf of Creditor    Nationstar Mortgage as servicer for U.S. Bank National
           Association, not in its individual capacity but solely as trustee for NRZ Pass-Through Trust
           VIII bkgroup@kmllawgroup.com
          James   Warmbrodt    on behalf of Creditor    U.S. Bank National Association, not in its individual
           capacity but solely as trustee for NRZ Pass-Through Trust VIII bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Creditor    Nationstar Mortgage LLC pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          Joseph P. Schalk    on behalf of Creditor    Nationstar Mortgage LLC jschalk@barley.com,
           sromig@barley.com
          Mario J. Hanyon    on behalf of Creditor    Nationstar Mortgage LLC pawb@fedphe.com
          Mary L. Thibadeau    on behalf of Creditor    Nationstar Mortgage LLC mary.thibadeau@klgates.com,
           klgatesbankruptcy@klgates.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Rebecca   Solarz    on behalf of Creditor    U.S. Bank National Association, not in its individual
           capacity but solely as trustee for NRZ Pass-Through Trust VIII bkgroup@kmllawgroup.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 11
```