**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>RAYMOND T. BARKER<br>DONNA L. BARKER<br>　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　Chapter 13 Trustee,<br>　　　Movant<br>　　vs.<br>No Respondents. | Case No.:14-22139<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

| | |
|---|---|
| March 25, 2019 | /s/  Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/28/2014 and confirmed on 7/1/14 . The case was subsequently     Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 90,388.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 90,388.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 5,963.47 | |
|    Trustee Fee | 3,663.49 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,626.96 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 0.00 | 50,647.73 | 0.00 | 50,647.73 |
|     Acct: * | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 9,038.06 | 9,038.06 | 0.00 | 9,038.06 |
|     Acct: 5128 | | | | |
|   CONSUMER PORTFOLIO SVCS/CPS | 9,485.04 | 9,485.04 | 2,834.85 | 12,319.89 |
|     Acct: 8268 | | | | |
| | | | | 72,005.68 |
| **Priority** | | | | |
|   DANIEL R WHITE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RAYMOND T. BARKER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICE OF MARGARET ZYLKA HOL | 2,800.00 | 2,800.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CANDICE J RAYMOND ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL R WHITE ESQ | 3,163.47 | 3,163.47 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX9-18 | | | | |
|   FRANKLIN TOWNSHIP (EIT) ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXX1:12 | | | | |
|   UNIONTOWN SD & FRANKLIN TWP (EIT) | 2,116.20 | 2,116.20 | 0.00 | 2,116.20 |
|     Acct: 9562 | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 650.00 | 650.00 | 0.00 | 650.00 |
|     Acct: 5128 | | | | |
|   CLERK, U S BANKRUPTCY COURT | 72.99 | 72.99 | 0.00 | 72.99 |
|     Acct: XXXXXXXXXXTION | | | | |
| | | | | 2,839.19 |
| **Unsecured** | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - | 499.59 | 499.59 | 0.00 | 499.59 |
|     Acct: 2177 | | | | |
|   PREMIER BANKCARD/CHARTER | 474.54 | 474.54 | 0.00 | 474.54 |
|     Acct: 5209 | | | | |
|   PREMIER BANKCARD/CHARTER | 435.64 | 435.64 | 0.00 | 435.64 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 1611 | | | | |
| KAREN ANN ULMER PC | 1,792.80 | 1,792.80 | 0.00 | 1,792.80 |
| Acct: 8681 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 167.18 | 167.18 | 0.00 | 167.18 |
| Acct: 4620 | | | | |
| RJM ACQUISITIONS LLC*++ | 72.99 | 0.00 | 0.00 | 0.00 |
| Acct: 3070 | | | | |
| SPRINGLEAF FINANCIAL SVCS OF PA IN( | 2,171.05 | 2,171.05 | 0.00 | 2,171.05 |
| Acct: 5471 | | | | |
| CONSUMER PORTFOLIO SVCS/CPS | 375.37 | 375.37 | 0.00 | 375.37 |
| Acct: 8268 | | | | |
| BERKS CREDIT & COLLECTIONS INC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6695 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 15,648.18 | 0.00 | 0.00 | 0.00 |
| Acct: 1822 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 615.55 | 0.00 | 0.00 | 0.00 |
| Acct: 3144 | | | | |
| US DEPARTMENT OF EDUCATION | 30,952.91 | 0.00 | 0.00 | 0.00 |
| Acct: 9562 | | | | |
| FIDELITY PROPERTIES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8950 | | | | |
| FIDELITY PROPERTIES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4655 | | | | |
| FIDELITY PROPERTIES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3680 | | | | |
| HIGHLANDS HOSPITAL & HEALTH CT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3805 | | | | |
| MEMORIAL SLOAN KETTERING CANCER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7487 | | | | |
| MENDICINO EYE CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1954 | | | | |
| MENDICINO EYE CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 274 | | | | |
| ROBERT ENGLISH JR MD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8012 | | | | |
| SPARTAN FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9669 | | | | |
| SPARTAN FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0008 | | | | |
| STRATEGIC RECOVERY GROUP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0809 | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 5,916.17 |

TOTAL PAID TO CREDITORS                                                          80,761.04

```
TOTAL
CLAIMED          2,839.19
PRIORITY        18,523.10
SECURED         53,205.80
```

Date: 03/25/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    RAYMOND T. BARKER<br>    DONNA L. BARKER<br>        Debtor(s)<br><br>    Ronda J. Winnecour<br>        Movant<br>       vs.<br>    No Repondents. | Case No.:14-22139<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

   AND NOW, this _____day of _____, 20\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                             BY THE COURT:

                                                             U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-22139-CMB
Raymond T. Barker                                                       Chapter 13
Donna L. Barker
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 2           Date Rcvd: Mar 26, 2019
                              Form ID: pdf900        Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2019.
db/jdb         +Raymond T. Barker,    Donna L. Barker,    675 Flatwoods Road,    Vanderbilt, PA 15486-1217
cr             +US Bank National Association,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Ave.suite # 100,    Boca Raton, FL 33487-2853
13861199       +Consumer Portfolio Svc,    Attn:Bankruptcy,    19500 Jamboree Rd,    Irvine, CA 92612-2411
13861200       +Fed Loan Serv,    Po Box 69184,   Harrisburg, PA 17106-9184
13907016        FedLoan Servicing,    P.O. Box 69184,    Harrisburg, PA 17106-9184
13861201       +Fidelity Properties In,    Po Box 2055,    Alliance, OH 44601-0055
13861202       +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
13861203       +Highlands Hospital,    401 E. Murphy Ave.,    Connellsville, PA 15425-2700
13861204       +Karen Ann Ulmer, P.C.,    174 Middletown Blvd.,    Langhorne, PA 19047-3201
13861205        Memorial Sloan-Kettering Cancer Center,    P.O. Box 26352,    New York, NY 10087-6352
13861207       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,     Attn: Bankruptcy,    350 Highland Dr,
                 Lewisville, TX 75067)
13861209       +Rjm Acq Llc,    575 Underhill Blvd Ste 2,    Syosset, NY 11791-3426
13861210       +Robert S. English Jr., MD,    2160 Springhill Furnace Road,    Smithfield, PA 15478-1428
13861212       +Spartan Financial Svc,    13730 S Point Blvd,    Charlotte, NC 28273-7715
13861214       +Strategic Recovery Gro,    7668 Warren Pkwy Ste 325,    Frisco, TX 75034-4161
13861211       +Uniontown S.D./Franklin Twp.,    c/o Southwest Regional Tax Bureau,    One Centennial Way,
                 Scottdale, PA 15683-1741

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13861196       +E-mail/Text: EBN_Greensburg@Receivemorermp.com Mar 27 2019 03:07:28      Berks Credit & Coll,
                 900 Corporate Dr,    Reading, PA 19605-3340
14403177       +E-mail/Text: bankruptcy@consumerportfolio.com Mar 27 2019 03:06:49
                 CONSUMER PORTFOLIO SERVICES, INC.,    P.O. BOX 57071,    IRVINE, CA. 92619-7071
13861197       +E-mail/Text: bankruptcy@cavps.com Mar 27 2019 03:06:56      Calvary Portfolio Services,
                 Attention: Bankruptcy Department,    500 Summit Lake Dr. Suite 400,    Valhalla, NY 10595-2321
13861198       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 27 2019 03:07:52      Capital 1 Bank,
                 Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
13863538       +E-mail/Text: bankruptcy@cavps.com Mar 27 2019 03:06:55      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13861208        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2019 03:20:49
                 Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
13911127        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2019 03:07:54
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13894957       +E-mail/Text: csidl@sbcglobal.net Mar 27 2019 03:07:00      Premier Bankcard/Charter,
                 P.O. Box 2208,    Vacaville, CA 95696-8208
13907204        E-mail/PDF: cbp@onemainfinancial.com Mar 27 2019 03:08:20      Springleaf Financial,
                 P.O. Box 3251,    Evansville, IN 47731
13861213        E-mail/PDF: cbp@onemainfinancial.com Mar 27 2019 03:09:10      Springleaf Financial S,
                 150 Pittsburgh St,    Uniontown, PA 15401
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Nationstar Mortgage LLC
cr              Nationstar Mortgage as servicer for U.S. Bank Nati
cr              U.S. Bank National Association, not in its individ
13897672*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,     Attn: Bankruptcy Department,
                 PO Box 630267,    Irving, TX 75063)
13861206      ##+Michael A. Mendicino, O.D.,    Mendicino Eye Care,    Willow Pointe Plaza,
                 800 Plaza Drive, Suite 270,    Belle Vernon, PA 15012-4020
13871912      ##+Rjm Acquisitions Llc,    575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
                                                                                  TOTALS: 3, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2               User: gamr                  Page 2 of 2                   Date Rcvd: Mar 26, 2019
                                   Form ID: pdf900             Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2019                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 25, 2019 at the address(es) listed below:
              Daniel R. White    on behalf of Joint Debtor Donna L. Barker dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Debtor Raymond T. Barker dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              James    Warmbrodt     on behalf of Creditor    Nationstar Mortgage as servicer for U.S. Bank National
               Association, not in its individual capacity but solely as trustee for NRZ Pass-Through Trust
               VIII bkgroup@kmllawgroup.com
              James    Warmbrodt     on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as trustee for NRZ Pass-Through Trust VIII bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Nationstar Mortgage LLC pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Joseph P. Schalk    on behalf of Creditor    Nationstar Mortgage LLC jschalk@barley.com,
               sromig@barley.com
              Mario J. Hanyon    on behalf of Creditor    Nationstar Mortgage LLC pawb@fedphe.com
              Mary L. Thibadeau    on behalf of Creditor    Nationstar Mortgage LLC mary.thibadeau@klgates.com,
               klgatesbankruptcy@klgates.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rebecca    Solarz    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as trustee for NRZ Pass-Through Trust VIII bkgroup@kmllawgroup.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 11
```