SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO:    1. *Intake Clerk* *

2. *Case Administrator*

FROM:  *Financial Administrator*

UC

DATE: 4/8/2019

CASE NAME: Barker

CASE NUMBER: 14-22139-CMB

---

Check Number 1111785 in the amount of $ 72.99 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 15434        Intake Clerk's Initials LF

---

*   AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA

**U.S. STEEL TOWER - SUITE 3250**
**600 GRANT STREET**
**PITTSBURGH, PA 15219**
**TELEPHONE: (412) 471-5566**
**FAX: (412) 471-5470**
**Email - inquiries@chapter13trusteewdpa.com**

**RONDA J. WINNECOUR**
**STANDING TRUSTEE**

04/04/2019

| | | |
|---|---|---|
| Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>PIttsburgh, PA 15219 | OR | Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501 |

Re: RAYMOND T. BARKER
DONNA L. BARKER
Case No: 14-22139CMB

Dear Mr. Rhodes:

I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
These funds are owned by the following creditor. The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

Rjm Acquisitions Llc*++
575 Underhill Blvd Ste 224
Syosset,NY 11791

CHECK NUMBER 1111785    AMOUNT $72.99

The disbursement(s) was returned to the Trustee for the following reason:

Trustee has been unable to locate Creditor.

Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Rosa Richard
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

CC:DANIEL R WHITE ESQ
RAYMOND T. BARKER
DONNA L. BARKER
Rjm Acquisitions Llc*++