IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Raymond T. Barker and Donna L. Barker, | : | Case No. 14-22139 CMB |
| | : | |
| Debtors. | : | Document No. |
| | : | |
| Raymond T. Barker and Donna L. Barker, | : | |
| | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, | : | |
| | : | |
| Respondent. | : | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

      AND NOW comes the Debtors, Raymond T. Barker and Donna L. Barker, by and through their counsel, Zebley Mehalov & White, and certify under penalty of perjury that the following statements are true and correct:

1. Joint Debtor, Raymond T. Barker , passed away post petition on June 19, 2018,

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On June 25, 2014, at docket number 23, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing Certification of Completion of a Post-Petition Instructional Course in Personal Financial Management, with the Certificate of Completion attached to the form.

      Undersigned Counsel duly questioned Debtor Wife about the statements in this Certification and verified the answers in support of this Certification.

Case 14-22139-CMB    Doc 128    Filed 04/23/19    Entered 04/23/19 13:04:30    Desc Main
Document      Page 2 of 2

Dated:   April 23, 2019

   Deceased
Raymond T. Barker, Debtor

/s/ Donna L. Barker
Donna L. Barker, Co-Debtor


ZEBLEY MEHALOV & WHITE, P.C.

BY:  /s/ Daniel R. White
Daniel R. White, Esquire
PA I.D. No. 78718
P.O. Box 2123
Uniontown, PA 15401
724-439-9200
dwhite@Zeblaw.com